IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY BUTLER**                                                                  **PLAINTIFF**
ADC #135278

v.                      CASE NO. 3:23-CV-00082-BSM

**DOE** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE